# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CR-22-59-D |
| BARRY B. JACKSON, JR., | ) ) ) |
| Defendant. | ) |

## ORDER

In light of the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, No. 20-843, 2022 WL 2251305 (June 23, 2022), the Court finds supplemental briefing would be helpful regarding Defendant's Motion to Declare 18 U.S.C. § 922(g)(9) Unconstitutional Under the Second Amendment and to Dismiss the Indictment [Doc. No. 22]. The parties should specifically address whether *Bruen* changes how the Court should analyze Defendant's Second Amendment challenge.

**IT IS THEREFORE ORDERED** that Defendant is directed to file a supplemental brief within 14 days from the date of this Order, and the government shall respond within 14 days thereafter.

**IT IS SO ORDERED** this 27th day of June, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge