IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR 22-59-D |
| ) | |
| BARRY JACKSON, JR., ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE OBJECTIONS TO THE INITIAL PRESENTENCE REPORT**

Defendant, Barry Jackson, Jr., moves for an extension of time of fourteen days from January 11, 2023, or until January 25, 2023, to file his objections to the initial presentence report. The initial presentence report was disclosed to the parties on December 28, 2022. (Doc. 61) As grounds for this motion, counsel for Defendant states that he has been unable to complete the objections at this time because of the time that had to be devoted to other cases over the last two weeks. These includes filing objections to the presentence report in *United States v. Marcus Cameron Lamar Suggs,* W.D. Okl. No. CR 21-258-G, submitted on January 3, 2023; preparing for a motion hearing that was conducted on January 4, 2023 in *United States v. Pedro Montijo-Varela,* W.D. Okl. No. CR-22-465-R-1; and preparing for two sentencing hearings held on January 5 and January 6, 2023 in the cases of *United States v. Joshua Michael Mayden,* W.D. Okl. No. CR 20-252-PRW-1 and *United States v. William Joseph Daniel,* W.D. Okl. No. CR 22-229-R,

1

respectively. In addition, counsel was preparing for trial in the cases of *State of Oklahoma v. Jess Eddy,* Oklahoma County Case Nos. CM-2020-2213 and CM-2020-2228, and the case of *State of Oklahoma v. Mark Faulk,* Oklahoma County Case No. CM-2020-2214. These cases were scheduled for trial on January 9, 2023, but were continued because of a change in personnel in the Oklahoma County District Attorney's Office.

Counsel has communicated with Jacquelyn M. Hutzell, AUSA, regarding this motion. The government does not object.

WHEREFORE, Defendant asks that this motion be granted, and that he be given until January 25, 2023 to file his objections to the initial presentence report.

    Respectfully submitted,

    /s/ David Autry
    David Autry, OBA #11600
    1021 N.W. 16th Street
    Oklahoma City, OK 73106
    (405) 521-9600
    (405) 521-9669 [fax]
    dbautry77@gmail.com

    Lawyer for Defendant,
    Barry Jackson, Jr.

**Certificate of Electronic Filing and Service**

    This is to certify that on this 11th day of January 2023, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Jacquelyn M. Hutzell, AUSA, and to all other parties of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

                                           /s/ David Autry